DE LA VERGNE REFRIGERATING MACHINE COMPANY, Respondent, *v.* ANTHONY AND SCOVILLE COMPANY, Appellant.

*De La Vergne Machine Co.* v. *Anthony & Scoville Co.*, 128 App. Div. 924, affirmed.

(Argued February 23, 1910; decided March 15, 1910 )

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 12, 1908, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover on contract.

*Samuel H. Evins* for appellant.

*Grant C. Fox* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.

---

JOHN F. TOLSON, Respondent, *v.* NATIONAL PROVIDENT UNION, Appellant.

*Tolson* v. *National Provident Union*, 130 App. Div. 884, affirmed.
(Argued February 23, 1910; decided March 15, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 11, 1909, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court and an order denying a motion for a new trial in an action to recover upon a certificate of life insurance.

*Edward S. Peck* for appellant.

*Alva Collins* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.